IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ARTHELLA SMITH**                                                                      **PLAINTIFF**

**VS**                                                    **CIVIL ACTION NO.3:05cv308 WHB AGN**

**UNITED STATES OF AMERICA**                                         **DEFENDANT**

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS DAY** this cause came on be heard on motion ore tenus of the Plaintiff in the above-styled and numbered cause, to dismiss the above-styled and numbered cause with prejudice, and the Court having considered said motion, and having found that this cause has been compromised and settled, the Plaintiff having received full accord and satisfaction of all causes of action she has as a result of the facts described in the Complaint, this Court is of the opinion that this motion is well taken and should be and is hereby sustained.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above-styled and numbered cause is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 23rd day of March, 2006.

                                                             s/ William H. Barbour, Jr.
                                                             UNITED STATES DISTRICT JUDGE

**AGREED BY:**

s/Michael E. Robinson
MICHAEL E. ROBINSON (MSB# 10746)
ATTORNEY FOR ARTHELLA SMITH

s/ Peggy C. Newton
PEGGY C. NEWTON (MSB# 3836)
ATTORNEY FOR THE UNITED STATES